# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF OKLAHOMA

Jonathan Lee Riches © d/b/a CEO of
"Identity theft Row Records",
Plaintiff

v.

CIVIL NO: CIV 07-292-SPS

CARRIE UNDERWOOD d/b/a
"COUNTRY MUSIC SINGER",
DEFENDANT

FILED
SEP 14 2007
WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By _____
Deputy Clerk

## COMPLAINT

## "COUNTRY MUSIC SCANDAL"

## "PRELIMINARY INJUNCTION, RESTRAINING ORDER"

This is a complaint action pursuant to Copyright Infringement, Violation of the copyright act 17 USC 101, Trademark Infringement in violation of the Lanham Act 15 USC 1114, Breach of contract, Fraudulent misrepresentation, Harassment, Terroristic threats, and stalking.

Comes Now the Plaintiff, Jonathan Lee Riches © d/b/a CEO of "Identity theft Row Records", in pro-se, Moves this Honorable Court to issue an order for Defendant named in this su. to respond, Plaintiff seeks statutory damages pursuant to 17 USC 504(c), and Injunctive relief pursuant to 17 USC 502 and 503, Moves this Court to compel Defendant to surrender all Jonathan Lee Riches © copyrighted material pursuant to Fed. R. Civ. P. 64, Plaintiff seeks $35,000,000.00 Million dollars in damages. Plaintiff prays for relief

① 

A Mega Conspiracy

On May 2005 - Carrie Underwood bribed American Idol Judges Simon and Paula. She got my co-defendant Carpenter to hack into Phone lines to rig votes

Estonia got hacked too

②

Aug 4, 2007 - Underwoods current hit songs
 "Isued Vick, got on the News Quick"
 "All Truth in My Lawsuits"
 "Jonathan Lee Riches, He delicious"

Are my copyrighted material of Jonathan Lee Riches ©

③

Carrie Underwood is Unpatriotic     June 7, 2007

Underwood text messages the Dixie Chicks
Underwood serenades for Communist soldiers
Underwood burns her bra at concerts
Underwood got a arm tatoo of the Berlin Wall
Friends with Cindy Sheehan

④

June 28, 2007  Carrie Underwood threatens me daily, Everyday, Minute, Second with body harm by Tony Romo, Cowboys, and a few Indians

Aug 10-2007 - Carrie is pen pals with Andrea Yates

⑤

Aug 27, 2007 - Carrie Underwoods cigarette lighter has been starting Greek fires
    Another unpatriotic conspiracy

6

MAY 12, 2007  underwood committed Identity theft pionage
She picks on blind workers at walmart too

7

2 milli vanilli lookalikes Jumped me in the prison rec yard and
stole my Larynx         under carrie's direct orders
A first Amendment speech violation            1/18/07

I was denied access to the Country music Awards, underwood put
my head in a vice    in miami

Fcl williamsburg guards ~~were~~ wear Cowboy hats and spurs

Preliminary Injunction Restraining order
Plaintiff moves to stop all satelite viewing of the country music
channel in this Universe, stop Jon swartz from USA today from
giving Carrie credit in my Name

Respectfully
Jonathan Lee Riches

Jonathan Lee Riches©
#40948-018
Fcl williamsburg
P.O. Box 340
Salters, SC 29590
(843) 387-9400



Stamps of Approval