FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

SEP 1 4 2007

WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By_____
Deputy Clerk

Jonathan Lee Riches ©, 
Name & DOC Number

v.

Carrie Underwood,

Case No. CIV 07-292-SPS
(To be supplied by the Clerk)

MOTION FOR LEAVE TO PROCEED
IN FORMA PAUPERIS AND
SUPPORTING AFFIDAVIT
(pursuant to 28 U.S.C. § 1915 and 28 U.S.C. § 1746)

I hereby apply for leave to: (check one)

☑ Commence this action for civil rights relief
☐ Commence this action for habeas corpus relief
☐ Pursue this action under 28 U.S.C. § 2255 or Rule 35, Fed. R. Crim. P.

without prepayment of fees and costs or giving security therefor. In support of my application, I state that the following facts are true:

1. I am the party initiating this action, and I believe I am entitled to relief.

2. The nature of this action is: Copyright Infringement

3. I am unable to prepay the costs of this action or give security therefor because of my poverty.

4. I have no assets or funds which could be use to prepay the fees or costs, except:

   _____
   *(Write "none" above if you have no assets; otherwise list your assets.)*

5. I am presently employed: Yes ☐ No ☑

   a. If the answer is "Yes," state the amount of your salary or wages per month, and give the name and address of your employer: .12¢ monthly Prison Income

   b. If the answer is "No," state the date of last employment and the amount of the salary and monthly wages you received: 1998 - 700 Monthly

Ifp motion (07/2005)

6. I have received money within the past twelve months from the following sources:

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession, or form of self employment | ☐ | ☒ |
   | b. | Rent payments, interest, or dividends | ☐ | ☒ |
   | c. | Pensions, annuities, or life insurance payments | ☐ | ☒ |
   | d. | Social Security benefits, Veterans Administration benefits, disability benefits or pensions, worker's compensation, or unemployment benefits | ☐ | ☒ |
   | e. | Gifts or inheritances | ☐ | ☒ |
   | f. | Any other sources | ☒ | ☐ |

   If the answer to any of the above is "Yes," describe each source of money and state the amount received from each during the past twelve months:
   _family to live and eat on_

7. I have cash or have money in a checking or savings account, including any funds in prison accounts.    Yes ☐    No ☒

   If the answer is "Yes," state the total amount of the money and its location:

8. I own real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing.    Yes ☐    No ☒

   If the answer is "Yes," describe the property and state its approximate value:

9. You may briefly state any additional financial or other information regarding your ability to pay the costs of this action (for example, persons who are dependent on you for support):
   _0_

I understand that a false statement or answer to any question in this declaration will subject me to penalties of perjury.

I DECLARE (OR CERTIFY, VERIFY, OR STATE) UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT. 28 U.S.C. § 1746. 18 U.S.C. § 1621.

Executed at _FCI Williamsburg_ on _Sep. 10th 2007_
(location)                                    (date)

_____
(Original signature)

Ifp motion (07/2005)

2

## REQUIRED CERTIFICATION

You must attach to this motion and affidavit a certified copy of your trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this action. You must obtain the certified copy of your trust fund account statement (or institutional equivalent) from the appropriate official of each penal institution at which you are or were confined during the six-month period.

**This certification must be completed by the appropriate institutional officer, and a copy of your trust account history must be included.**

## STATEMENT OF INSTITUTIONAL ACCOUNTS

Prisoner's Name __Jonathan Lee Riches__   DOC# __40948-018__

I hereby certify that on the __10__ day of __September__, 200__7__ this prisoner had a total of $ __$7.55__ in his/her institutional account(s):

**Draw Account:**   $__7.55__

**Savings Account:** $__7.55__

I further certify that the amounts listed below are correct:

1. Average monthly *deposits* to the prisoner's account(s) for the 6-month period immediately preceding the filing of this action:

   $ __30.00__   x 20% = $ __6.66__

2. Average monthly *balance* in the prisoner's account(s) for the 6-month period immediately preceding the filing of this action:

   $ __30.00__   x 20% = $ __6.66__

I FURTHER CERTIFY THAT THE ABOVE AMOUNTS WERE CALCULATED PURSUANT TO THE PRISONERS INSTITUTIONAL ACCOUNT(S), A COPY OF WHICH IS ATTACHED HERETO.

__C. Ethridge Correctional Counselor__
Authorized Prison Official

__Counselor__
Title

lfp motion (accts) (07/2005)

3

# AFFIDAVIT OF FACTS

I Jonathan Lee Riches Declare the Following to be true, and correct under the penalty of perjury:

I wish to proceed in Forma Pauperis. I currently have $7.55 in my trust account and have been recieving a average of $30.00 a month. I'm poor, in prison, and very hungary.

The Following is true and corrected. This Affidavit was Written on the Tenth day of the Nineth month 2007 A.D

Respectfully,

Jonathan Lee Riches



# Inmate Statement

| | | |
|---|---|---|
| Inmate Reg #: 40948018 | Current Institution: | Williamsburg FCI |
| Inmate Name: RICHES, JONATHAN | Housing Unit: | WIL-A-B |
| Report Date: 09/11/2007 | Living Quarters: | A03-108LH |
| Report Time: 10:24:19 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| WIL | 9/7/2007 3:19:39 PM | GIPP0807 | | | Payroll - IPP | $0.12 | | $7.55 |
| WIL | 9/7/2007 11:41:55 AM | 73 | | | Sales | ($3.10) | | $7.43 |
| WIL | 8/28/2007 11:35:23 AM | GITS2CNV | | | Phone Rev With Rel | $2.28 | | $10.53 |
| WIL | 8/22/2007 4:49:57 PM | ITS0822 | | | Phone Withdrawal | ($1.00) | | $8.25 |
| WIL | 8/17/2007 11:35:46 AM | 75 | | | Sales | ($3.60) | | $9.25 |
| WIL | 8/15/2007 8:05:01 PM | ITS0815 | | | Phone Withdrawal | ($1.00) | | $12.85 |
| WIL | 8/10/2007 11:20:26 AM | 94 | | | Sales | ($4.65) | | $13.85 |
| WIL | 8/9/2007 1:01:46 PM | GIPP0707 | | | Payroll - IPP | $0.12 | | $18.50 |
| WIL | 8/7/2007 7:24:35 PM | ITS0807 | | | Phone Withdrawal | ($1.00) | | $18.38 |
| WIL | 8/3/2007 8:17:06 PM | ITS0803 | | | Phone Withdrawal | ($1.00) | | $19.38 |
| WIL | 8/3/2007 10:52:13 AM | 50 | | | Sales | ($5.15) | | $20.38 |
| WIL | 8/1/2007 6:38:16 PM | ITS0801 | | | Phone Withdrawal | ($2.00) | | $25.53 |
| WIL | 7/30/2007 6:34:17 PM | ITS0730 | | | Phone Withdrawal | ($2.00) | | $27.53 |
| WIL | 7/29/2007 6:31:02 PM | ITS0729 | | | Phone Withdrawal | ($1.00) | | $29.53 |
| WIL | 7/23/2007 7:36:14 PM | ITS0723 | | | Phone Withdrawal | ($1.00) | | $30.53 |
| WIL | 7/20/2007 8:13:27 AM | 54 | | | Sales | ($10.45) | | $31.53 |
| WIL | 7/18/2007 5:06:13 PM | ITS0718 | | | Phone Withdrawal | ($2.00) | | $41.98 |
| WIL | 7/13/2007 8:18:59 AM | 55 | | | Sales | ($21.15) | | $43.98 |
| WIL | 7/9/2007 2:46:38 PM | GIPP0607 | | | Payroll - IPP | $0.12 | | $65.13 |
| WIL | 7/7/2007 1:07:13 PM | ITS0707 | | | Phone Withdrawal | ($1.00) | | $65.01 |
| WIL | 7/7/2007 5:50:20 AM | 70186701 | | | Lockbox - CD | $60.00 | | $66.01 |
| WIL | 7/6/2007 11:31:49 AM | 22 | | | Sales | ($6.95) | | $6.01 |
| WIL | 7/4/2007 7:43:18 PM | ITS0704 | | | Phone Withdrawal | ($2.00) | | $12.96 |
| WIL | 6/29/2007 7:35:08 PM | ITS0629 | | | Phone Withdrawal | ($2.00) | | $14.96 |
| WIL | 6/28/2007 11:18:47 AM | 80 | | | Sales | ($4.65) | | $16.96 |
| WIL | 6/25/2007 8:21:10 PM | ITS0625 | | | Phone Withdrawal | ($1.00) | | $21.61 |
| WIL | 6/21/2007 11:36:33 AM | 97 | | | Sales | ($73.20) | | $22.61 |
| WIL | 6/20/2007 7:22:51 PM | ITS0620 | | | Phone Withdrawal | ($1.00) | | $95.81 |
| WIL | 6/19/2007 5:45:55 AM | 70185401 | | | Lockbox - CD | $60.00 | | $96.81 |
| WIL | 6/17/2007 8:12:52 PM | ITS0617 | | | Phone Withdrawal | ($2.00) | | $36.81 |
| WIL | 6/15/2007 10:58:09 AM | 39 | | | Sales | $7.60 | | $38.81 |
| WIL | 6/15/2007 10:57:20 AM | 38 | | | Sales | ($11.75) | | $31.21 |
| WIL | 6/8/2007 2:26:01 PM | GIPP0507 | | | Payroll - IPP | $0.12 | | $42.96 |

http://10.33.117.107/UMR/InmateStatementCombined.aspx        9/11/2007

| | | | | | | |
|---|---|---|---|---|---|---|
| WIL | 6/8/2007 10:53:39 AM | 62 | | Sales | ($2.70) | $42.84 |
| WIL | 6/5/2007 6:42:31 PM | ITS0605 | | Phone Withdrawal | ($2.00) | $45.54 |
| WIL | 5/31/2007 11:23:09 AM | 83 | | Sales | ($20.50) | $47.54 |
| WIL | 5/27/2007 1:02:09 PM | ITS0527 | | Phone Withdrawal | ($2.00) | $68.04 |
| WIL | 5/17/2007 8:20:45 AM | 54 | | Sales | ($25.15) | $70.04 |
| WIL | 5/13/2007 7:39:13 PM | ITS0513 | | Phone Withdrawal | ($2.00) | $95.19 |
| WIL | 5/12/2007 1:44:44 PM | ITS0512 | | Phone Withdrawal | ($2.00) | $97.19 |
| WIL | 5/12/2007 5:45:55 AM | 70182901 | | Lockbox - CD | $60.00 | $99.19 |
| WIL | 5/9/2007 2:39:24 PM | GIPP0407 | | Payroll - IPP | $0.12 | $39.19 |
| WIL | 5/9/2007 2:39:00 PM | GIPP0407 | | Payroll - IPP | $25.00 | $39.07 |
| WIL | 4/26/2007 8:20:19 AM | 65 | | Sales | ($15.85) | $14.07 |
| WIL | 4/20/2007 11:13:54 AM | 55 | | Sales | ($5.45) | $29.92 |
| WIL | 4/20/2007 11:13:15 AM | 53 | | Sales | $0.00 | $35.37 |
| WIL | 4/17/2007 8:18:54 AM | 44 | | Sales | ($0.65) | $35.37 |
| WIL | 4/17/2007 8:17:27 AM | 43 | | Sales | ($17.20) | $36.02 |
| WIL | 4/13/2007 9:00:11 PM | ITS0413 | | Phone Withdrawal | ($1.00) | $53.22 |
| WIL | 4/10/2007 11:45:06 AM | 70180501 | | Lockbox - CD | $50.00 | $54.22 |

1 2 3

**Total Transactions: 117**

Totals: ($48.06)  $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| WIL | $7.55 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7.55 |
| Totals: | $7.55 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7.55 |



### Inmate Statement

| | |
|---|---|
| Inmate Reg #: | 40948018 |
| Inmate Name: | RICHES, JONATHAN |
| Report Date: | 09/11/2007 |
| Report Time: | 10:24:36 AM |

| | |
|---|---|
| Current Institution: | Williamsburg FCI |
| Housing Unit: | WIL-A-B |
| Living Quarters: | A03-108LH |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| WIL | 4/10/2007 11:11:05 AM | 76 | | | Sales | ($1.55) | | $4.22 |
| WIL | 4/9/2007 2:35:58 PM | GIPP0307 | | | Payroll - IPP | $0.12 | | $5.77 |
| WIL | 4/8/2007 12:36:28 PM | ITS0408 | | | Phone Withdrawal | ($1.00) | | $5.65 |
| WIL | 4/3/2007 8:15:43 AM | 39 | | | Sales | ($15.85) | | $6.65 |
| WIL | 3/29/2007 7:56:34 PM | ITS0329 | | | Phone Withdrawal | ($2.00) | | $22.50 |
| WIL | 3/29/2007 6:50:27 PM | ITS0329 | | | Phone Withdrawal | ($2.00) | | $24.50 |
| WIL | 3/21/2007 7:49:44 AM | 59 | | | Sales | ($16.70) | | $26.50 |
| WIL | 3/14/2007 8:25:16 AM | 20 | | | Sales | ($12.30) | | $43.20 |
| WIL | 3/9/2007 1:04:35 PM | GIPP0207 | | | Payroll - IPP | $0.12 | | $55.50 |
| WIL | 3/9/2007 1:03:23 PM | GIPP0207 | | | Payroll - IPP | $12.50 | | $55.38 |
| WIL | 3/7/2007 8:17:21 AM | 46 | | | Sales | ($20.65) | | $42.88 |
| WIL | 3/4/2007 1:12:45 PM | ITS0304 | | | Phone Withdrawal | ($2.00) | | $63.53 |
| WIL | 3/2/2007 6:00:38 AM | 70177801 | | | Lockbox - CD | $50.00 | | $65.53 |
| WIL | 2/28/2007 8:15:16 AM | 39 | | | Sales | ($8.75) | | $15.53 |
| WIL | 2/21/2007 8:21:05 AM | 42 | | | Sales | ($6.70) | | $24.28 |
| WIL | 2/17/2007 7:49:34 AM | ITS0217 | | | Phone Withdrawal | ($1.00) | | $30.98 |
| WIL | 2/14/2007 11:14:30 AM | 17 | | | Sales | ($4.25) | | $31.98 |
| WIL | 2/9/2007 7:34:36 PM | ITS0209 | | | Phone Withdrawal | ($2.00) | | $36.23 |
| WIL | 2/9/2007 2:48:08 PM | GIPP0107 | | | Payroll - IPP | $0.12 | | $38.23 |
| WIL | 2/9/2007 2:47:00 PM | GIPP0107 | | | Payroll - IPP | $12.50 | | $38.11 |
| WIL | 2/7/2007 11:27:29 AM | 57 | | | Sales | ($5.90) | | $25.61 |
| WIL | 1/31/2007 11:12:16 AM | 51 | | | Sales | ($5.15) | | $31.51 |
| WIL | 1/30/2007 8:52:52 PM | ITS0130 | | | Phone Withdrawal | ($2.00) | | $36.66 |
| WIL | 1/28/2007 2:27:44 PM | ITS0128 | | | Phone Withdrawal | ($2.00) | | $38.66 |
| WIL | 1/27/2007 9:24:00 PM | ITS0127 | | | Phone Withdrawal | ($2.00) | | $40.66 |
| WIL | 1/26/2007 12:10:53 PM | TX012607 | | | Transfer - In from TRUFACS | $5.00 | | $42.66 |
| WIL | 1/24/2007 11:20:16 AM | 76 | | | Sales | ($2.60) | | $37.66 |
| WIL | 1/23/2007 6:40:28 PM | ITS0123 | | | Phone Withdrawal | ($1.00) | | $40.26 |
| WIL | 1/21/2007 2:43:42 PM | ITS0121 | | | Phone Withdrawal | ($2.00) | | $41.26 |
| WIL | 1/17/2007 11:11:09 AM | 68 | | | Sales | ($2.60) | | $43.26 |
| WIL | 1/10/2007 8:19:00 AM | 35 | | | Sales | ($23.70) | | $45.86 |
| WIL | 1/9/2007 7:07:55 PM | ITS0109 | | | Phone Withdrawal | ($1.00) | | $69.56 |
| WIL | 1/9/2007 2:55:21 PM | GIPP1206 | | | Payroll - IPP | $4.80 | | $70.56 |