**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
Eastern District of Oklahoma
MUSKOGEE, OKLAHOMA 74402-0607

WILLIAM B. GUTHRIE                                                   TELEPHONE
    Clerk                                                                            (918) 684-7920

September 18, 2007

**Jonathan L. Riches 40948-018**
**FCI Williamsburg**
**PO Box 340**
**Salters, SC 295290**

       Re:   Case No. CIV-07-292-SPS

Dear Mr. Riches:

     We are providing you with USM-285 forms to complete for each of the named defendants. Please make sure the address for each defendant is correct when you fill out the forms. Please return the forms within (10) days or by 10/2/07 to the U.S. Court Clerk's Office, P.O. Box 607, Muskogee, Oklahoma 74402. Your prompt attention is appreciated.

                                         Sincerely,

                                           WILLIAM B. GUTHRIE, Clerk

                                         By:   s/T. Hathcoat
                                                      Deputy Clerk

WBG:th

Enclosures