WILLIAM B. GUTHRIE                                                                  TELEPHONE
U.S. COURT CLERK                                                                    (918) 684-7920

United States District Court
Eastern District of Oklahoma
P.O. Box 607
Muskogee, Oklahoma 74402

September 27, 2007

Mail Stop 8
Director of the U.S. Patent and Trademark Office
P. O. Box 1450
Alexandria, VA 22313-1450

      RE: CIV-07-292-SPS, Jonathan Lee Riches dba Identity Theft Row Records v.
          Carrie Underwood dba Country Music Singer

To Whom it May Concern:

      Enclosed please find Form AO 120 Report on the Filing or Determination of an Action Regarding a Patent or Trademark. Thank you for your consideration.

                            Sincerely,

                            WILLIAM B. GUTHRIE, Clerk

                            By:    s/ T. Hathcoat
                                   Deputy Clerk

WBG:th

Enclosure